UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALEXIS MCLEOD,

    Plaintiff,

v.                                                Case No. 22-cv-12938
                                                Honorable Linda V. Parker

FCA US LLC,

    Defendant.
_____/

## OPINION AND ORDER LIFTING STAY AND SETTING TELEPHONE STATUS CONFERENCE

On January 31, 2024, this Court granted a motion to withdraw as counsel filed by Plaintiff's then attorney, Scott P. Batey and the Batey Law Firm, PLLC. (ECF No. 24.) The Court stayed the matter for 30 days to allow Plaintiff the opportunity to retain new counsel. The 30 days have expired, and no attorney has entered an appearance on behalf of Plaintiff on the docket. Therefore, the Court assumes Plaintiff is proceeding pro se.

Accordingly,

**IT IS ORDERED** that the stay is **LIFTED**.

**IT IS FURTHER ORDERED** that the parties must appear for a Telephonic Status Conference on **March 21, 2024 at 11:30 a.m.** Counsel and Plaintiff shall call

the Court's conference line at **1-810-674-0063** and use **Access Code 240358652#.**

                                                      s/ Linda V. Parker_____
                                                     LINDA V. PARKER
                                                     U.S. DISTRICT JUDGE

Dated: March 7, 2024

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, March 7, 2024, by electronic and/or U.S. First Class mail.

                                                     s/Aaron Flanigan_____
                                                   Case Manager